# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** SKECHERS U.S.A., INC.
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 09/24/1999
**EFFECTIVE DATE INITIAL FILING:** 09/24/1999
**FOREIGN FORMATION DATE:** 05/28/1998
**COUNTY:** NEW YORK
**JURISDICTION:** DELAWARE, UNITED STATES

**DOS ID:** 2422123
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 09/30/2023
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** C/O CORPORATION SERVICE COMPANY
**Address:** 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207 - 2543

### Chief Executive Officer's Name and Address

**Name:** ROBERT GREENBERG
**Address:** 228 MANHATTAN BEACH BLVD, MANHATTAN BEACH, CA, UNITED STATES, 90266

### Principal Executive Office Address

**Address:** 228 MANHATTAN BEACH BLVD, MANHATTAN BEACH, CA, UNITED STATES, 90266

### Registered Agent Name and Address

**Name:** CORPORATION SERVICE COMPANY
**Address:** 80 STATE STREET, ALBANY, NY, 12207 - 2543

### Entity Primary Location Name and Address

**Name:**
**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |